|  |  |
|---|---|
| **MONTVALE SURGICAL CENTER,** | UNITED STATES DISTRICT COURT |
|  | DISTRICT OF NEW JERSEY |
| **Plaintiff(s),** |  |
| -vs- | Civil Action No. 12-2874 (SDW) |
| **AETNA INSURANCE COMPANY, et al.,** | ORDER |
| **Defendant(s),** |  |

**THIS MATTER** having come before the Court for a scheduling conference on July 16, 2012; and for good cause shown;

**IT IS on this 16th day of July, 2012**

**ORDERED THAT:**

1. Defendants shall produce the administrative records by or before **September 1, 2012**.

2. Cross-motions for summary judgment shall be filed by **October 15, 2012**; opposition by **November 15, 2012**; reply brief by **December 7, 2012**.

*s/Madeline Cox Arleo*
**MADELINE COX ARLEO**
**United States Magistrate Judge**

Original:   Clerk
cc:   Hon. Susan D. Wigenton, U.S.D.J.
       File