Edward S. Wardell
Patrick J. Murphy, III
Matthew A. Baker
Connell Foley LLP
Liberty View
457 Haddonfield Road, Suite 230
Cherry Hill, NJ 08002
T (856) 317 7100
F (856) 317 7117

*Attorneys for Defendant*
*Aetna Health Inc.*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MONTVALE SURGICAL CENTER, LLC a/s/o THOMAS S.,<br><br>Plaintiff,<br><br>vs.<br><br>AETNA INSURANCE COMPANY ET AL.,<br><br>Defendants. | Civil Action No. 12-2874 (SDW/MCA)<br><br>**NOTICE OF MOTION TO SEAL**<br><br>*Filed Electronically* |

**PLEASE TAKE NOTICE** that on April 1, 2013, or as soon as the Court deems appropriate, counsel for Defendant Aetna Health Inc. (improperly pled as "Aetna Insurance Company") (hereinafter "Aetna") shall move pursuant to Local Civil Rule 5.3(c) before the Honorable Madeline Cox Arleo, U.S.M.J., at the United States District Court for the District of New Jersey, Martin Luther King, Jr. Federal Building and United States Courthouse, 50 Walnut Street, Newark, New Jersey, for an Order permanently sealing the Certification of Michael C. McNamara with certain Confidential Exhibits annexed thereto that was filed under temporary seal on February 12, 2013, in support of Aetna's pending Motion for Summary Judgment. (Doc.

No. 19), and permitting Aetna to file redacted versions of Confidential Exhibits 1-9 on the docket.

**PLEASE TAKE FURTHER NOTICE** that in support of the within Motion to Seal, Aetna will rely upon the submitted Letter Brief and Certification of Patrick J. Murphy, III, and any additional submissions made hereafter. A proposed Order is also submitted.

Dated: March 1, 2013

*s/ Patrick J. Murphy, III*
Edward S. Wardell
Patrick J. Murphy, III
Matthew A. Baker
Connell Foley LLP
Liberty View
457 Haddonfield Road, Suite 230
Cherry Hill, NJ 08002
T (856) 317 7100
F (856) 317 7117

*Attorneys for Defendant*
*Aetna Health Inc.*

2863746-01