Edward S. Wardell
Patrick J. Murphy, III
Matthew A. Baker
Connell Foley LLP
Liberty View
457 Haddonfield Road, Suite 230
Cherry Hill, NJ 08002
T (856) 317 7100
F (856) 317 7117

*Attorneys for Defendant
Aetna Health Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MONTVALE SURGICAL CENTER, LLC a/s/o THOMAS S., <br><br> Plaintiff, <br><br> vs. <br><br> AETNA INSURANCE COMPANY ET AL., <br><br> Defendants. | Civil Action No. 12-2874 (SDW/MCA) <br><br> **CERTIFICATION OF PATRICK J. MURPHY, III** <br><br> *Filed Electronically* |

I, Patrick J. Murphy, III, hereby certify and state:

1.  I am an attorney admitted to practice before this Court and an associate with the law firm of Connell Foley LLP, counsel for Defendant Aetna Health Inc. (improperly pled as "Aetna Insurance Company") (hereinafter "Aetna") in the above-captioned matter.

2.  I submit this Certification in support of Aetna's Motion to Seal permanently the Confidential Certification of Michael C. McNamara with certain Confidential Exhibits annexed thereto that was filed under temporary seal on February 12, 2013, in support of Aetna's pending Motion for Summary Judgment. (Doc. No. 19).

2863731-01

      3.    Attached hereto as Exhibit A is a true and correct copy of the Stipulated Discovery Confidentiality Order entered by Your Honor on January 24, 2013.  (Doc. No. 17).

    I certify under penalty of perjury that the foregoing is true and correct.

Dated:  March 1, 2013                                                        s/*Patrick J. Murphy, III*
                                                                                          Patrick J. Murphy, III