Edward S. Wardell
CONNELL FOLEY LLP
Liberty View
457 Haddonfield Road, Suite 230
Cherry Hill, New Jersey 08002
Tel.: (856) 317-7100
Fax: (856) 317-7117

Patrick J. Murphy, III
CONNELL FOLEY LLP
85 Livingston Avenue
Roseland, New Jersey 07068
Tel.: (973) 535-0500
Fax: (973) 535-9217

*Attorneys for Defendant Aetna Health Inc.*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MONTVALE SURGICAL CENTER, LLC a/s/o THOMAS S.,<br><br>Plaintiff,<br><br>vs.<br><br>AETNA INSURANCE COMPANY, ET AL.,<br><br>Defendants. | Civil Action No. 12-2874 (SDW/MCA)<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE OF COUNSEL**<br><br>*Filed Electronically* |

To:   William T. Walsh, Clerk
      United States District Court for the
      District of New Jersey
      Martin Luther King Building & U.S. Courthouse
      50 Walnut Street
      Newark, New Jersey 07101

**PLEASE TAKE NOTICE** that the undersigned hereby withdraws his appearance as counsel for Defendant Aetna Health Inc. (improperly pled as "Aetna

2885330-01

Insurance Company") in the above-captioned matter and requests removal from all service lists.

Dated: April 3, 2013    By: *s/ Patrick J. Murphy, III*
              Patrick J. Murphy, III
              **CONNELL FOLEY LLP**
              85 Livingston Avenue
              Roseland, New Jersey 07068
              (973) 535-0500